UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN G. KERKAU,

       Plaintiff,                                 CASE NUMBER: 12-11520
                                              HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendants,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court are Plaintiff's and Defendant's cross-motions for summary judgment. Defendant Commissioner of Social Security denied Plaintiff's application for period of disability, disability insurance benefits, and supplemental security income. Plaintiff appealed, arguing in relevant part that the Administrative Law Judge failed to provide adequate reasoning for assigning limited weight to a treating medical source's opinion.

On May 13, 2013, Magistrate Judge Michelson submitted a Report and Recommendation, recommending that the Court grant in part Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Defendant filed an objection.

After careful review of the record, the Court agrees with Magistrate Judge Michelson's reasoning. The Magistrate Judge's thorough Report and Recommendation lays out the facts, procedural history, and relevant case law, and reasonably explains her holding.

Accordingly, the Court **ADOPTS** Magistrate Judge Michelson's Report and Recommendation. The Court **GRANTS IN PART** Plaintiff's Motion for Summary Judgment, **DENIES** Defendant's Motion for Summary Judgment, and **REMANDS** the decision of the Commissioner of Social Security.

IT IS ORDERED.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  June 14, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2013.

S/Carol A. Pinegar
Deputy Clerk